IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Royalty Properties, LLC, | ) | |
| | ) | Judge Jacqueline P. Cox |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Case No. 19-07692 |
| _____ | ) | |
| Royalty Properties, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | Adv. No. 19-00826 |
| Forest Preserve District of Cook County, | ) | |
| Illinois, and Mary B. Grossman as | ) | |
| Receiver in case Number 09 CH 28192 | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

    PLEASE TAKE NOTICE THAT on July 31, 2019, Royalty Properties, LLC, filed its **Response to the Motion of Forest Preserve District of Cook County's Motion to Dismiss Adversary Proceeding**, a copy of which is attached hereto and herewith served upon you.

    /s/John H. Redfield
    Crane, Simon, Clar & Dan
    135 S. LaSalle St., Ste. 3705
    Chicago, Illinois 60603
    (312) 641-6777

### CERTIFICATE OF SERVICE

    The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Response to be served on all parties listed on the attached Service List via the Court's Electronic Registration (ECF) on the 31st day of July, 2019.

    By: /s/John H. Redfield
    One of its attorneys

**DEBTOR'S COUNSEL:**
John H. Redfield (Atty. No. 2298090)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\JHR\Royalty Properties-C.11\Rsp to MTD Adv Pro.NOF.docx

## SERVICE LIST

**Via ECF**
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

**Christopher W Carmichael**
Henderson Parks, LLC
140 S. Dearborn St., Suite 1020
Chicago, IL 60603
ccarmichael@henderson-parks.com